**DISMISS; and Opinion Filed January 16, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01537-CV**

**THE CITY OF IRVING, Appellant**
**V.**
**JUAN GONZALEZ, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07353**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Brown

Before the Court are appellant's motion to dismiss this interlocutory appeal and appellee's notice that he has nonsuited his claims against appellant in the trial court. Appellant's motion asserts that, with the nonsuit, no claims remain "in this litigation."

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ada Brown/
ADA BROWN
181537F.P05                                  JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE CITY OF IRVING, Appellant

No. 05-18-01537-CV    V.

JUAN GONZALEZ, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-07353.
Opinion delivered by Justice Brown,
Justices Bridges and Whitehill
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** each party bear its own costs of this appeal.


Judgment entered this 16th day of January 2019.